# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **Dale Libbert,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 09-4229-CV-C-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Friday, March 4, 2011, the Court heard oral argument on the parties' briefs. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.


  */s/ John T. Maughmer*  
  **JOHN T. MAUGHMER**
  **U. S. MAGISTRATE JUDGE**